# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| ROBERT WASHINGTON, | Case No. 20-CV-1907 (NEB/HB) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| THE UNITED STATES, | |
| Defendant. | |

The Court has received the December 18, 2020 Report and Recommendation of United States Magistrate Judge Hildy Bowbeer. (ECF No. 5.) Neither party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 5) is ACCEPTED;

2. This action is DISMISSED WITHOUT PREJUDICE under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 1, 2021                              BY THE COURT:

                                                                               s/Nancy E. Brasel
                                                                               Nancy E. Brasel
                                                                               United States District Judge